# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAROLYN A. MORGAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-0173-APG-GWF<br><br>**Order Accepting Finding and Recommendation and Dismissing Case**<br><br>(Dkt. ## 17, 20, 24) |

　　　　On April 11, 2014, Magistrate Judge Foley entered his Finding and Recommendation [Dkt. #24] recommending that Plaintiff's Motion for Reversal and/or Remand [Dkt. #17] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #20] be granted. No objection has been filed to Judge Foley's Finding and Recommendation. I have conducted a de novo review of the issues set forth in the Finding and Recommendation pursuant to Local Rule IB 3-2. Judge Foley's Finding and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

　　　　IT IS HEREBY ORDERED that Judge Foley's Finding and Recommendation [Dkt. #24] is accepted, Plaintiff's Motion to Remand [Dkt. #17] is DENIED, Defendant's Cross-Motion to Affirm [Dkt. #20] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

　　　　Dated: June 18, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE